# United States District Court
## FOR THE DISTRICT OF COLUMBIA

**Amelia Petersheim,**

**v.**

**United States**

**SUMMONS IN A CIVIL CASE**

**Case No.:  1:05CV01815RWR**

To:

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Amelia Petersheim,
3160 Mason School Rd.,
Oakland, MD 21550,
301-334-4543

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
_____
Court Clerk

by _Jackie Frans_
Deputy Clerk

NOV 10 2005
_____
Date

## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
 Alberto Gonzales
United States Attorney General
 950 Pennsylvania Avenue
 Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # 7005 1160 0002 9506 8978

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ ___ $6.69

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Amelias A. Petersheim_      _Dec. 19- 05_
  Amelia Petersheim                   Date

# United States District Court

## FOR THE DISTRICT OF COLUMBIA

**Amelia Petersheim,**

**v.**

**United States**

**SUMMONS IN A CIVIL CASE**

**Case No.:  1:05CV01815RWR**

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Amelia Petersheim,
3160 Mason School Rd.,
Oakland, MD 21550,
301-334-4543

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
_____
Court Clerk

NOV 1 0 2005
_____
Date

by Jackie Frans
_____
Deputy Clerk

## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # _7005 1160 0002 9506 8978_

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _#6.69_

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Amelia A. Petersheim_                  _Dec. 19-05_
Amelia Petersheim                            Date