IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMELIA PETERSHEIM | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-01815 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

### UNITED STATES' MOTION TO DISMISS

Under Fed.R.Civ.P. 12(b), the United States moves this Court to dismiss

plaintiff's complaint, and for any further relief as this Court deems just and proper.  As

grounds for this motion, the United States submits that plaintiff failed to properly serve

the United States.

A brief in support of this motion and a proposed order are submitted.

Date: January 20, 2006.

Respectfully submitted,

   /s/ Pat S. Genis
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

1509771.1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMELIA PETERSHEIM            )
                            )
            Plaintiff,       )   No. 1:05-cv-01815 (RWR)
                            )
        v.                   )
                            )
UNITED STATES,               )
                            )
            Defendant.       )

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT
OF DEFENDANT'S MOTION TO DISMISS**

This is a civil action in which plaintiff alleges that, beginning with tax year 1994,

the Internal Revenue Service (IRS) disregarded various provisions of the Internal

Revenue Code.

**STATEMENT**

Plaintiff, Amelia Petersheim, filed this complaint on November 10, 2005.  The

complaint alleges that "in connection with the collection of Federal tax beginning with

'tax year' 1994", the IRS "disregarded and continue [sic] to disregard provisions" of the

Internal Revenue Code.  (Compl. ¶1.)1/  On December 21, 2005, plaintiff filed returns of

service showing that plaintiff herself served the United States Attorney General and the

United States Attorney for the District of Columbia by certified mail.2/

_____

1/  Plaintiff's case is one of 45 filed in this Court with identical or nearly identical
complaints.  A notice of related cases is being filed with this motion to dismiss, a copy
of which is attached to this motion.

2/  Plaintiff's returns of service are reflected on the docket sheet in this case.  A
copy of the returns is attached to this motion for the Court's convenience.

## ARGUMENT

This case must be dismissed because plaintiff has not effected proper service on the United States.

Under Fed.R.Civ.P. 4(c)(2), service of a summons and complaint "may be effected by any person who is not a party." Under Fed.R.Civ.P. 4(i), the United States must be served by: (1) delivering a copy of the summons and complaint to the United States attorney for the district in which the action is brought, or by sending a copy of the summons and complaint by registered or certified mail addressed to the civil process clerk at the office of the United States attorney; and (2) by sending a copy of the summons and complaint by registered or certified mail to the Attorney General of the United States at Washington, DC; and (3) by sending a copy of the summons and complaint by registered or certified mail to the officer, employee and/or agency of the United States being sued. Fed.R.Civ.P. 4(i); Relf v. Gasch, 511 F.2d 804 (D.C. Cir. 1975); Hodge v. Rostker, 501 F.Supp. 332, 332 (D.D.C. 1980).

Failure to properly serve the United States, its agencies and employees, deprives the Court of personal jurisdiction, leaving the Court with no power to compel an answer or response. Rabiolo v. Weinstein, 357 F. 2d 167, 168 (7th Cir. 1966); see also Insurance Corp. of Ireland v. Compagnie des Bauxites de Guinee, 456 U.S. 694, 715 n.6 (1982) (Powell, J. concurring). A jurisdictional defect of this sort is fatal to maintenance of an action. Bland v. Britt, 271 F. 2d 193 (4th Cir. 1959). Accordingly, courts routinely dismiss actions when service is improper. See Light v. Wolf, 816 F. 2d 746, 750 (D.C.

1509771.1

Cir. 1987).  Once a defendant challenges the sufficiency of service of process, the party

alleging adequate service of process has the burden of proving that such service was

proper.  See <u>Myers v. American Dental Ass'n</u>, 695 F. 2d  716, 725 n.10 (3d Cir. 1982);

<u>Familia De Boom v. Arosa Mercantil, S.A.</u>, 629 F. 2d 1134, 1139 (5th Cir. 1980).

In this case, plaintiff signed the returns of service indicating that she, herself,

served the summons on the United States Attorney General and the United States

Attorney for the District of Columbia by certified mail.  Plaintiff is, of course, a  party to

this action, and thus cannot properly serve the summons.  Accordingly, plaintiff has

failed to properly serve the United States, and her complaint must be dismissed.

## CONCLUSION

Because plaintiff has failed to properly serve the United States, her complaint

should be dismissed.

Date: January 20, 2006.

Respectfully submitted,


_ /s/ Pat S. Genis_____
PAT S. GENIS, #446244
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, D.C.  20044
Telephone:  (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

–  3  –

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMELIA PETERSHEIM           )
                            )
          Plaintiff,        )   No. 1:05-cv-01815 (RWR)
                            )
     v.                     )
                            )
UNITED STATES,              )
                            )
          Defendant.        )

## <u>ORDER</u>

Having considered the UNITED STATES' MOTION TO DISMISS, the supporting

memorandum of points and authorities, any opposition and reply thereto, and the

entire record of this proceeding, it is by the Court

ORDERED that the motion is GRANTED; and it is further

ORDERED that this action be, and is, DISMISSED;  and it is further

ORDERED that the Clerk shall distribute copies of this order to the persons listed

below.

SO ORDERED this _____day of _____2006.


_____
          UNITED STATES DISTRICT JUDGE

Copies to:

Pat S. Genis
Trial Attorney, Tax Division
U.S. Department of Justice
Post Office Box 227
Washington, DC  20044

Amelia Petersheim
3160 Mason School Road
Oakland, MD 21550

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

AMELIA PETERSHEIM                  )
                                   )
        Plaintiff,                 )   No. 1:05-cv-01815 (RWR)
                                   )
    v.                             )
                                   )
UNITED STATES,                     )
                                   )
        Defendant.                 )
CHARLES RADCLIFFE,                 )
                                   )
        Plaintiff,                 )   No. 1:05-cv-01624 (EGS)
                                   )
    v.                             )
                                   )
UNITED STATES,                     )
                                   )
        Defendant.                 )

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the UNITED STATES' MOTION TO DISMISS, supporting

MEMORANDUM and proposed ORDER were served upon the following person on

January 20, 2006, by sending a copy by First Class mail, postage prepaid, addressed as

follows:


            Amelia Petersheim
            3160 Mason School Road
            Oakland, MD 21550


                    _____/s/ Pat S. Genis_____
                    PAT S. GENIS, #446244


2                                                          1509771.1