IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| AMELIA PETERSHEIM | ) | |
| | ) | |
| Plaintiff, | ) | No. 1:05-cv-01815 (RWR) |
| | ) | |
| v. | ) | |
| | ) | |
| UNITED STATES, | ) | |
| | ) | |
| Defendant. | ) | |

## DECLARATION OF PAT S. GENIS

I, Pat S. Genis, under 28 U.S.C. § 1746, declare as follows:

1.    I am a trial attorney with the Department of Justice Tax Division. As part of my duties, I have been assigned responsibility for litigation of the above-captioned case.

2.    Attached here is true and correct copies of the returns of service plaintiff filed in this matter:

 a.    Return of Service on Civil Process Clerk, Kenneth L. Wainstein, United States Attorney, District of Columbia, 555 4th Street, N.W., Washington, DC 20530, Certified Mail #7005 1160 00029506 8978, signed by Amelia A. Petersheim, and dated December 19, 2005.
 b.    Return of Service on Civil Process Clerk, Alberto Gonzales, United States Attorney, General, 950 Pennsylvania Avenue, Washington, DC 20530, Certified Mail #7005 1160 00029506 8978, signed by Amelia A. Petersheim, and dated December 19, 2005.
3.    I declare under penalty of perjury that the foregoing is true to the best of my knowledge, information and belief.

DATED:  January 20, 2006.


 _/s/ Pat Genis_____
 PAT S. GENIS

1375944.1

## RETURN OF SERVICE

This summons was served on the United States by serving:

Civil Process Clerk
Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

by certified mail return receipt requested(copy attached)

Certified mail # _7005 1160 0002 9506 8978_

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _$6.69_

     I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.

_Amelia A. Petersheim_       _Dec. 19-05_
  Amelia Petersheim                 Date

# United States District Court

## FOR THE DISTRICT OF COLUMBIA

Amelia Petersheim,

v.

United States

To:

**SUMMONS IN A CIVIL CASE**

**Case No.: 1:05CV01815RWR**

Civil Process Clerk
Alberto Gonzales
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF

Amelia Petersheim,
3160 Mason School Rd.,
Oakland, MD 21550,
301-334-4543

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
_____
Court Clerk

NOV 1 0 2005
_____
Date

by _Jackie Frans_
Deputy Clerk

## RETURN OF SERVICE

This summons was served on the United States by serving:

**Civil Process Clerk**
**Alberto Gonzales**
**United States Attorney General**
**950 Pennsylvania Avenue**
**Washington, District of Columbia 20530**

by certified mail return receipt requested(copy attached)

Certified mail # _7005 1160 0002 9506 8978_ ,

pursuant to Rule 4(i)(1) Fed. R. Civ. P. The cost of the mailing is $ _$6.69_

    I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service and Statement of Service Fees is true and correct.


_Amelia A. Petersheim_         _Dec. 19- 05_
   Amelia Petersheim                       Date

# United States District Court
## FOR THE DISTRICT OF COLUMBIA

Amelia Petersheim,

v.

United States

### SUMMONS IN A CIVIL CASE

Case No.:  1:05CV01815RWR

To:

Kenneth L. Wainstein
United States Attorney
District of Columbia
555 4th Street NW
Washington, District of Columbia 20530

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF

Amelia Petersheim,
3160 Mason School Rd.,
Oakland, MD 21550,
301-334-4543

an answer to the complaint which is herewith served upon you within sixty (60) days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NANCY MAYER-WHITTINGTON
_____
Court Clerk

NOV 10 2005
_____
Date

by _Jackie Frans_
Deputy Clerk

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

CHARLES RADCLIFFE                    )
                                     )
          Plaintiff,                 )  No. 1:05-cv-01624 (EGS)
                                     )
     v.                              )
                                     )
UNITED STATES,                       )
                                     )
          Defendant.                 )

## NOTICE OF RELATED CASES

Attached is a list of cases that, save for the identity of the plaintiffs, whose

complaints are identical, or nearly identical, to that filed in this matter.  Indeed, not only

are the complaints identical, but some subsequent filings have been identical as well.

DATED:      January 20, 2006.

                              Respectfully submitted,

                              /s/ Pat S. Genis
                              PAT S. GENIS #446244
                              Trial Attorney, Tax Division
                              United States Department of Justice
                              Post Office Box 227
                              Washington, DC 20044
                              Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the Notice of Related Cases was made

on January 20, 2006 by mailing, postage prepaid, addressed to:

> Amelia Petersheim
> 3160 Mason School Road
> Oakland, MD 21550

/s/ Pat S. Genis

PAT S. GENIS  #446244

2