IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| AMELIA PETERSHEIM,         ) | |
| )| |
| Plaintiff,     ) | No. 1:05-cv-01815 (RWR) |
| ) | |
| v.         ) | |
| ) | |
| UNITED STATES,         ) | |
| ) | |
| Defendant.     ) | |

NOTICE OF RELATED CASES

Attached is a list of cases that, save for the identity of the plaintiffs, whose complaints are identical, or nearly identical, to that filed in this matter. Indeed, not only are the complaints identical, but some subsequent filings have been identical as well.

DATED:    January 20, 2006.

Respectfully submitted,

/s/ Pat S. Genis
PAT S. GENIS #446244
Trial Attorney, Tax Division
United States Department of Justice
Post Office Box 227
Washington, DC 20044
Telephone: (202) 307-6390

OF COUNSEL:

KENNETH L. WAINSTEIN
United States Attorney

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the Notice of Related Cases was made on January 20, 2006 by mailing, postage prepaid, addressed to:

>   Amelia Petersheim
>   3160 Mason School Road
>   Oakland, MD 21550

>   /s/ Pat S. Genis
>   PAT S. GENIS   #446244

| CMN | Caption Name | Stat | Dist | DJ # | Rec'vd Date | Close Date | Sect | Court | Count # | Attorney |
|---|---|---|---|---|---|---|---|---|---|---|
| 2006101528 | Armbruster, Edward J., III | A | DCD | 5-16-3960 | 01/10/2006 | | CTE | DC | 1:05CV02375 | |
| 2006101529 | Bean, Jeffrey | A | DCD | 5-16-3961 | 01/10/2006 | | CTE | DC | 1:05CV02145 | |
| 2006101530 | Bennett, Hamlet C. | A | DCD | 5-16-3962 | 01/10/2006 | | CTE | DC | 1:05CV02297 | |
| 2006100089 | Brandt, Matthew | A | DCD | 5-16-3935 | 10/07/2005 | | CTE | DC | 1:05-CV-01613-E | Scurry-Genis, Lessie M |
| 2006100917 | Broward, Paul | A | DCD | 5-16-3950 | 11/29/2005 | | CTE | DC | 1:05-CV-01774 H | Vozne, Jennifer L. |
| 2006100865 | Burton, John | A | DCD | 5-16-3948 | 11/25/2005 | | CTE | DC | 1:05-CV-02121 R | Scurry-Genis, Lessie M |
| 2005106421 | Cooper, Carol | A | DCD | 5-16-3932 | 09/21/2005 | | CTE | DC | 1:05CV01192 | Scurry-Genis, Lessie M |
| 2006101767 | Davenport, Stacy N. | A | DCD | 5-16-3983 | 01/19/2006 | | CTE | DC | 1:05CV02488 | |
| 2006101531 | Davis, Carl Roger | A | DCD | 5-16-3963 | 01/10/2006 | | CTE | DC | 1:05CV02474 | |
| 2006101024 | Donnally, Richard M. | A | DCD | 5-16-3954 | 12/06/2005 | | CTE | DC | 1:05CV02049 | Scurry-Genis, Lessie M |
| 2005104138 | Erwin, Ricky A. | A | DCD | 5-16-3911 | 04/27/2005 | | CTE | DC | 1:05CV00415 | Scurry-Genis, Lessie M |
| 2006101533 | Gaines, Joseph A. | A | DCD | 5-16-3964 | 01/10/2006 | | CTE | DC | 1:05CV02326 | |
| 2006100707 | Garvin, Lee F. | A | DCD | 5-16-3943 | 11/17/2005 | | CTE | DC | 1:05CV01775 RE | Vozne, Jennifer L. |
| 2006100706 | Gross, Brent | A | DCD | 5-16-3942 | 11/17/2005 | | CTE | DC | 1:05-CV 01818 ( | Vozne, Jennifer L. |
| 2005104856 | Harris, Donald | A | DCD | 5-16-3919 | 06/15/2005 | | CTE | DC | 1:05CV0956 | Scurry-Genis, Lessie M |
| 2006101534 | Haydel, Kevin | A | DCD | 5-16-3965 | 01/10/2006 | | CTE | DC | 1:05CV02405 | |
| 2006101535 | Heath, Kenneth G. | A | DCD | 5-16-3966 | 01/10/2006 | | CTE | DC | 1:05CV02331 | |
| 2006100976 | Henry, William, Jr. | A | DCD | 5-16-3951 | 12/02/2005 | | CTE | DC | 1:05-CV-02084 (I | Scurry-Genis, Lessie M |
| 2006100204 | Holt, Ronald L. | R | DCD | 5-16-3939 | 10/14/2005 | | CTE | DC | 1:05CV01692 | Vozne, Jennifer L. |
| 2006100191 | Holyoak, Grant | A | DCD | 5-16-3938 | 10/13/2005 | | CTE | DC | 1:05 CV 01829 | Scurry-Genis, Lessie M |
| 2005106017 | Koerner, LaVern | A | DCD | 5-16-3927 | 08/25/2005 | | CTE | DC | 1:05CV01600 | Scurry-Genis, Lessie M |
| 2006100861 | Kramer, William M. | A | DCD | 5-16-3946 | 11/25/2005 | | CTE | DC | 1:05-CV-01659-F | Vozne, Jennifer L. |
| 2005106527 | Lindsey, Stephen J. | A | DCD | 5-16-3933 | 09/28/2005 | | CTE | DC | 1:05-CV-01761-F | Vozne, Jennifer L. |
| 2006100708 | Lohmann, Wallace | A | DCD | 5-16-3944 | 11/17/2005 | | CTE | DC | 05-1976 HHK | Scurry-Genis, Lessie M |
| 2006100977 | Luscher, Rudolph | A | DCD | 5-16-3952 | 12/02/2005 | | CTE | DC | 1:05-CV-1987 (R | Vozne, Jennifer L. |
| 2006101536 | Martens, Gregory | A | DCD | 5-16-3967 | 01/10/2006 | | CTE | DC | 1:05CV 01805 RI | |
| 2006101768 | Martin, Maurita | A | DCD | 5-16-3984 | 01/19/2006 | | CTE | DC | 1:05CV02506 | |
| 2006101537 | Masterson, William R. | A | DCD | 5-16-3968 | 01/10/2006 | | CTE | DC | 1:05CV-01807 JI | |
| 2006101540 | Metsker, Richard | A | DCD | 5-16-3969 | 01/10/2006 | | CTE | DC | 1:05CV-02457 | |
| 2006101729 | Nye, Verda | A | DCD | 5-16-3982 | 01/18/2006 | | CTE | DC | 1:05CV02486 | |
| 2006101541 | O'Connor, James | A | DCD | 5-16-3970 | 01/10/2006 | | CTE | DC | 1:05CV02075 | |
| 2006101542 | Otto, Laurence | A | DCD | 5-16-3971 | 01/10/2006 | | CTE | DC | 1:05CV02319 | |
| 2006100862 | Petersheim, Amelia | A | DCD | 5-16-3947 | 11/25/2005 | | CTE | DC | 1:05-CV-01815-F | Scurry-Genis, Lessie M |
| 2006101543 | Pragovich, George | A | DCD | 5-16-3972 | 01/10/2006 | | CTE | DC | 1:05CV02222 | |
| 2005106021 | Radcliffe, Charles | A | DCD | 5-16-3928 | 08/25/2005 | | CTE | DC | 1:05CV01624 | Scurry-Genis, Lessie M |
| 2006101545 | Romashko, Ronald N. | A | DCD | 5-16-3973 | 01/10/2006 | | CTE | DC | 1:05CV02209 | |
| 2006101546 | Rose, Dennis | A | DCD | 5-16-3974 | 01/10/2006 | | CTE | DC | 1:05CV01896 | |
| 2005106272 | Schafrath, Lawrence | A | DCD | 5-16-3929 | 09/12/2005 | | CTE | DC | 1:05-CV-01656 G | Scurry-Genis, Lessie M |
| 2006100978 | Scott, Robert | A | DCD | 5-16-3953 | 12/02/2005 | | CTE | DC | 1:05-CV-02043 E | Vozne, Jennifer L. |
| 2006100703 | Shoemaker, Sandra | A | DCD | 5-16-3941 | 11/17/2005 | | CTE | DC | 1:05CV01736 | Vozne, Jennifer L. |
| 2006101548 | Smith, Daniel T. | A | DCD | 5-16-3975 | 01/10/2006 | | CTE | DC | 1:05CV02069 | |
| 2006101549 | Stinecipher, David | A | DCD | 5-16-3976 | 01/10/2006 | | CTE | DC | 1:05CV02434 | |
| 2006100709 | Travis, Bruce R. | A | DCD | 5-16-3945 | 11/17/2005 | | CTE | DC | 1:05-CV-01867-F | Scurry-Genis, Lessie M |
| 2005106343 | Turner, Daniel E. | A | DCD | 5-16-3930 | 09/15/2005 | | CTE | DC | 1:05CV01716 | Zarin, Jason S. |
| 2006101550 | Whitfield, Gregg | A | DCD | 5-16-3977 | 01/10/2006 | | CTE | DC | 1:05CV01961 | |

Total Records: 45          Unique CMN Count: 45          Unique DJ # Count: 45

**Genis, Pat (TAX)**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Monday, January 23, 2006 7:50 AM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:04-cv-02290-RBW OMAR v. INTERNAL REVENUE SERVICE "Notice (Other)" |

***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

## U.S. District Court

## District of Columbia

Notice of Electronic Filing

The following transaction was received from mpt, entered on 1/23/2006 at 7:50 AM EDT and filed on 1/23/2006

**Case Name:**    OMAR v. INTERNAL REVENUE SERVICE
**Case Number:**  1:04-cv-2290
**Filer:**        SOMAYAH M. OMAR
**WARNING: CASE CLOSED on 12/22/2005**
**Document Number:**

**Docket Text:**
NOTICE; Doc. #16 (Final Order); Doc. #17 (Memorandum and Opinion) were resent to Plaintiff SOMAYAH M. OMAR at 974 Manshia Box, Code 2111, Alexandria Egypt "R2662". (mpt, )

The following document(s) are associated with this transaction:

**1:04-cv-2290 Notice will be electronically mailed to:**

Pat S. Genis    pat.genis@usdoj.gov, eastern.taxcivil@usdoj.gov

**1:04-cv-2290 Notice will be delivered by other means to:**

SOMAYAH M. OMAR
Elsahafa St
Box 974 Manshia Center Code 21111
Alexandria, Egypt,

1/23/2006