UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Amelia Petersheim
        Plaintiff(s),        Case No. 1:05-cv-01815 RWR

v.

United States
        Defendant.

OBJECTION TO MOTION TO DISMISS

Plaintiffs objects to and moves to strike defendants' motion to dismiss and shows the court as follows:

1. Defendant's motion insults the intelligence of the plaintiff and the court.

2. Defendant sets forth as a motion to dismiss that defendant has been improperly served pursuant to Rule 4(c)(2) alleging that the complaint and summons were served by Plaintiff.

3. Defendant's attorney is trained and knows the rules and which rules apply to what.

4. Defendant's attorney knows that Rule 4(c)(2) applies to personal service only.

5. Defendant's attorney knows that Rule 4(i)(1)(b) applies to service on the United States as pointed out in defendants' brief.

6. Defendant's attorney knows that Rule 4(i)(1)(b) is silent as to who may sign the return of service.

7. Defendant is in default and has interposed its motion for the sole purpose of delaying this litigation and for increasing the cost and expense of this litigation.

8. The record shows that defendant was properly served in accordance with Civ P. Rule 4(I)(1)(b).

9. The record shows that defendant has not properly answered the complaint.

10. Defendants' motion to dismiss does not respond and/or deny any of the allegations contained in plaintiff's complaint.

Wherefore, plaintiff moves the court to strike defendant's motion to dismiss and grant default judgement in favor of the plaintiff for the relief demanded in the complaint.

Dated March 22, 2006

*Amelia A. Petersheim*
Amelia Petersheim

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the foregoing on defendant's attorney at his address of record.

Dated March 22, 2006

*Amelia A. Petersheim*
Amelia Petersheim