UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

```
_____
                               )
AMELIA PETERSHEIM,             )
                               )
        Plaintiff,             )
                               )
    v.                         )    Civil Action No. 05-1815 (RWR)
                               )
UNITED STATES OF AMERICA,      )
                               )
        Defendant.             )
_____)
```

**MEMORANDUM ORDER**

Plaintiff filed a complaint against the defendant on September 12, 2005. Plaintiff filed notice that she personally served the complaint and summons upon the Attorney General of the United States by certified mail pursuant to Federal Rule of Civil Procedure 4(i)(1). Defendant moved on January 20, 2006 to dismiss the complaint arguing that plaintiff failed to effect proper service upon the United States because the plaintiff, as a party, is not authorized to effect service under Rule 4(c)(2). Plaintiff opposed the motion.

"[T]he mailing of copies of the summons and complaint to the Attorney General . . . should be accomplished by one of the persons authorized to make service by Rule 4(c)(2)." Wright & Miller, Federal Practice and Procedure: Civil 3d § 1106 (2002); see Perkel v. United States, No. C 00-4288, 2001 WL 58964, at *1 (N.D. Cal. Jan. 9, 2001) (holding that "Rule 4(i)(1) describes *how* service can be effectuated against the United States, [but]

-2-

does not change *who* can effectuate service as defined by Rule 4(c)(2)"). Rule 4(m) also requires that service of process upon a defendant occur within 120 days of the date the complaint is filed. Plaintiff has not properly effected service upon the defendant in accordance with Rule 4(i)(1)(B) because she is a party to this action, and is not authorized to effectuate service under Rule 4(c)(2). In addition, over 120 days from the date the complaint was filed have passed. Accordingly, it is hereby

ORDERED that defendant's motion [3] to dismiss plaintiff's complaint be, and hereby is, GRANTED, and this case is DISMISSED without prejudice.

SIGNED this 7th day of April, 2006.


```
                              _____/s/_____
                              RICHARD W. ROBERTS
                              United States District Judge
```